**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-2550**

―――――――――――

HOLMES K. DUNN, SR.,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

―――――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CA-95-1164)

―――――――――――

Submitted: February 28, 1997        Decided: September 29, 1997

―――――――――――

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

Holmes K. Dunn, Sr., Appellant Pro Se. Lawrence Richard Leonard, Assistant United States Attorney, Norfolk, Virginia.

―――――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Holmes K. Dunn appeals from the district court's order denying his request for waiver of his obligation to repay an overpayment of Social Security benefits. We have reviewed the record and the district court's order accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dunn v. Chater</u>, No. CA-95-1164 (E.D. Va. Oct. 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>